UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                    )        Case No. 6:07-bk-03002-KSJ
                                          )
Sabrina Ann Taylor                        )
Willie James Taylor                       )
                                          )
Debtor(s)                                 )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Debtors, by and through their undersigned attorney, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ____creditor_X__debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: We are the Debtors and have the highest and best claim on these funds.

---

Name of Claimant: _Sabrina Ann Taylor  Willie James Taylor_

Mailing Address: __2540 Crawford Drive__

City:__Sanford__  State:FL_____ Zip Code:__32771__

Telephone Number: Home:_894 6834_____ Work: _____

Last Four Digits of SS# or Tax ID Number: __1938__

Amount of Claim: _____$1,713.84_____

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that on the 7th day of May, 2010 I have mailed/furnished a copy by electronic transmission (to ECF users) of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602; Samuel R. Pennington, Attorney for Trustee Laurie K. Weatherford, PO Box 3450, Winter Park, Florida 32790.

/s / Robert B. Branson\
Law Office of Robert B. Branson\
**Robert B. Branson, Esquire**\
Florida Bar No.: 800908\
**John Raffaelli, Esquire**\
Florida Bar No.: 808008\
1524 E. Livingston Street\
Orlando, Florida 32803\
(407) 894-6834\
Attorney for Debtors